NAME: Kevin Richardson

PRISON NUMBER: 47384 Daniel Board False ID.

PLACE OF CONFINEMENT: Northern Nevada Correctional Center

ADDRESS: 1721 East Snyder Ave. Carson City NV. 89701

# United States District Court
## District Of

Civil No. **19 CV 8160**
(TO BE FILLED IN BY CLERK OF U.S. DISTRICT COURT)

KEVIN RICHARDSON,
(FULL NAME OF PETITIONER)
**Petitioner**

v.

WARDEN Baca State of Nevada,
(NAME OF WARDEN, SUPERINTENDENT, JAILOR, OR AUTHORIZED PERSON HAVING CUSTODY OF PETITIONER, E.G. PAROLE OFFICER)
**Respondent**

and
The Attorney General of the State of
Additional Respondent.

**PETITION FOR WRIT OF HABEAS CORPUS**

UNDER 28 U.S.C. § 2241

1. Type of challenge (CHECK ONE):
    Parole
    Probation
    Loss of good-time credits
    Prison disciplinary hearing
    Other (specify): Illegal Restraint Domestic International Terrorism

2. Have you previously filed any petitions, applications, or motions with respect to the execution of your sentence in any court, state or federal?
   Yes   No

3. If your answer to 2 was "Yes," give the following information:

   (a)(1) Name of court  8Th Judicial District Court

   (2) Nature of proceeding  Appeal

   (3) Grounds raised  Illegal Restraint - Complete Immunity [Never to be detained arrested charged tried convicted sentenced] Highest Authorities - Officiates United States Government Worldwide (Governments) Granted, Instrumentation and Documentation and Documentary Evidence (Video Audio Computer Paper) Available. Securities and Sureties of Kevin Richardson

   (4) Did you receive an evidentiary hearing on your petition, application or motion?
      ☐ Yes  ☒ No

   (5) Result  Never Returned

   (6) Date of result _____

(b) As to any second petition, application or motion give the same information:

   (1) Name of court  8Th Judicial District Court

   (2) Nature of proceeding  Writ of Mandamus

   (3) Grounds raised  same as above (a)(3), With listing of Further Sources and Resources of Kevin Richardson

      (4) Did you receive an evidentiary hearing on your petition, application or motion?
☐ Yes ☒ No

      (5) Result <u>Denial</u>

      (6) Date of result _____

(c) Did you appeal, to the highest state court having jurisdiction, the result of action taken on any petition, application or motion?
      (1) First petition, etc.    ☒ Yes ☐ No
      (2) Second petition, etc.    ☒ Yes ☐ No

(d) If you did *not* appeal from the adverse action on any petition, application or motion, explain briefly why you did not: <u>Many court actions / works - many responses so indifferent, and further appeals on same works to same appellate courts same ineffective responses state to federal</u>

4. State *concisely* every ground on which you claim that you are being held in violation of the constitution, law or treaties of the United States. Summarize *briefly* the facts supporting each ground. If necessary, you may attach pages stating additional grounds and facts supporting same.
    CAUTION: <u>In order to proceed in the federal court, you must ordinarily first exhaust your available state court remedies as to each ground on which you request action by the federal court. Moreover, if you fail to set forth all grounds in this petition, you may be barred from presenting additional grounds at a later date.</u>
You should *raise in this petition all available grounds* on which you base your allegations that you are being held in custody unlawfully.

**A.  Ground one:** ILLEGAL RESTRAINT - KIDNAPPING - HOSTAGE - ABDUCTION - DOMESTIC AND INTERNATIONAL TERRORISM

Supporting **FACTS** (state *briefly* without citing cases or law)
HIGHEST AUTHORITIES  OFFICIATES  ADMINISTRATORS
UNITED STATES GOVERNMENT
WORLDWIDE GOVERNMENT(S)
BUSINESS  HEALTH  EDUCATION  ADMINISTRATORS
CREATED INSTRUMENTS AND DOCUMENTS FOR COMPLETE
IMMUNITY - SOVEREIGN AND ABSOLUTE - [NEVER TO BE
DETAINED ARRESTED CHARGED TRIED CONVICTED SENTENCED]

This includes This Court, AND THE STRUCTURE AND INFRASTRUCTURE CONTAINED. AND THE JURISDICTION AND DOMAIN IN CONCORDANCE OF LAW AND ORDER.

NATURE - LAW AND ORDER Preside
HEALTH - PROPONENT OF NATURE
KEVIN RICHARDSON - EQUITY OF BOTH

OFFICIAL CONTRACTION AND DOCTRINATION
IN WORKS AND POLICIES ASSOCIATED
AND IN CONJUNCTION WITH PUBLIC AND
PRIVATE ADMINISTRATION

**B. Ground two:** PROCEDURAL WORK(S) THE CREATION
AND DEVELOPMENT STRUCTURE(S) - INFRASTRUCTURE(S)
SOURCES AND RESOURCES

Supporting **FACTS** (state *briefly* without citing cases or law):
UNITED STATES GOVERNMENT
WORLDWIDE GOVERNMENT(S)
BUSINESS HEALTH EDUCATION ADMINISTRATORS
All Authorities   All OFFICIATES   PUBLIC/PRIVATE
STRUCTURE(S) INFRASTRUCTURE(S)

HOST     LEAD ANCHOR     REPORTER
UNITED STATES GOVERNMENT CHANNEL(S) C-SPAN
WORLDWIDE GOVERNMENT CHANNEL(S)
BUSINESS · HEALTH · EDUCATION · CHANNEL(S)

NASA AND INTERNATIONAL Space Program
CHANNEL(S)
TO INCLUDE ASTRONAUT DUTIES — SERIOUS

ABC WORLD NEWS GOOD MORNING AMERICA WASHINGTON 20/20
LATE NIGHT AMERICAS FUNNIEST VIDEOS
CBS EVENING NEWS THIS MORNING FACE THE NATION 60 MINUTES
LATE NIGHT SUNDAY MORNING
NBC NIGHTLY NEWS THE TODAY SHOW MEET THE PRESS
DATELINE TONIGHT SHOW LATE NIGHT SATURDAY NIGHT LIVE
FOX NEWS MORNING LATE NIGHT
C.N.N. E.S.P.N.
PBS NEWS WALL STREET WEEK √√ ANTIQUES ROADSHOW
THIS OLD HOUSE MOTORWEEK SESAME STREET ELECTRIC COMPANY ZOOM
E-ENTERTAINMENT COMEDY CENTRAL MTV VH-1
ENTERTAINMENT TONIGHT MORE .. TELEVISION MOVIES
STAGE MUSIC SPORTS MAGAZINES NEWSPAPERS INTERNET

**C.   Ground three:**

Works AND Worth
(SECURITIES AND SURETIES)

**Supporting FACTS (state *briefly* without citing cases or law):**

INFINITE WEALTH — Highly SECURED ACCOUNTS
BANKS — AND — GOVERNMENT REPOSITORIES
WEALTH INCLUDES THE DOCUMENTATION/INFORMATION
OF WORKS .. CREATION AND DEVELOPMENT OF
STRUCTURE(S) & INFRASTRUCTURE(S)
OF KEVIN RICHARDSON

PERFECT PROOF — 20 OR MORE ANATOMICAL
AND Physiological MARKERS (FINGERPRINT, DNA.
RETINA SCAN ETC... ) MUST BE TAKEN TO

Verify and Authenticate. To be able to access, and Authenticate.

New York City is not as old as you may want to portray. The Grace of Maturity established in New York City - Darkens more with the passing of Time and my absence.

I continue to contact Sources/Resources- Of late I now send out State and Federal Criminal Complaints - No Response. These are actual Criminal Complaints where are the correct Authorities.

I have contacted the Mayor - Governor and New York City Police Department

**D. Ground four:** Research - Verification (Discovery and Evidentiary Hearing) Active Participation United States District Court

**Supporting FACTS (state *briefly* without citing cases or law):**

This Situation - to date - is still the leading procedure on the United States Government(s) Daily Manifest.

I have been sent back to State - Federal and Supreme Courts, to have them bring forth New Trials - Jurors Acquit Everytime - The Justices present the Immunity Documents and some other materials only to explain to me that they are not allowed to do anything But instead of properly letting me go. They send me here

WHERE THE WARDEN (who knows who I am) AND OTHERS CONTINUALLY ARE A THREAT. LET ME EXPLAIN... THE BATTERIES I LEFT IN PLACE (TECHNOLOGY) WILL EVENTUALLY RUN-OUT, AND I will prevail AND leave those behind TO BE EATEN, AND DEALT JUSTICE by myself AND NATURE ^ FACT NOT FICTION

5. If any of the grounds listed in 4A, B, C, and D were not previously presented in any other court, state or federal, state briefly what grounds were not presented, and give your reasons for not presenting them: BASIC FACTUAL INFORMATION AND THE SOURCE AND RESOURCE IN MY SITUATION CAN ALWAYS bE ADDED TO — MORE TECHNICALLY THAN SOME CAN HANDLE - LAW AND ORDER VERSUS FICTIONAL CREATURES. Real New York City ✓✓

6. Do you have any petition or appeal now pending in any court, either state or federal, as to the execution of sentence under attack?
   ☒ Yes ☐ No

7. Give the name and address, if known, of each attorney who represented you in the following stages of the execution of sentence attacked herein:

   (a) In any post-conviction proceeding _____

   (b) On appeal from any adverse ruling in a post-conviction proceeding _____

Wherefore, petitioner prays that the Court grant petitioner relief to which he may be entitled in this proceeding.

_____
SIGNATURE OF ATTORNEY (IF ANY)

I declare under penalty of perjury that the foregoing is true and correct. Executed on

8-26-19                          K— Richardson
(DATE)                           SIGNATURE OF PETITIONER

The New York City United States District Court, after being contacted about my situation with information of who I am, my situation (Held Hostage) and my securities and sureties (works and worth) sent me this form, which has been filled out.

If the interest is enough to send this material
The follow up is just as easy.

A basic list of my works has been sent.
Many persons mid-30's and older know exactly who I am.
This situation brings a Disability upon Worldwide Administration, and Health.
So important, again the Highest Authorities have placed on-site materials to see/show who I am, and means and measures for relief and resolve. Video-Audio-Computer-Paper literally on-site not just on the Internet about this situation should it ever occur.

If you want to really update Technology and the future (Health) - Intervene



State of Nevada
# Department of Corrections

Agencies  Jobs

Custom Search

○ Search This Site  ○ Search All S
ADA Assistance

| HOME | INMATE INFO | VICTIMS' INFO | FACILITIES | MEETINGS | NEWS | PROGRAMS | ABOUT | CONTACT US | ARCHIVE |

*Address* →

## NORTHERN NEVADA CORRECTIONAL CENTER (NNCC)

P.O. Box 7000
Carson City, Nevada 89702
1721 E. Snyder Ave.
Carson City, Nevada 89701
(775) 887-9297

### Visiting Information

Visit NNCC



### Administrative Staff

→ ~~Isidro~~ Baca, Warden

Lisa Walsh, Associate Warden

Robert Hartman, Associate Warden

Kathryn Reynolds, Admin Services Officer II

### Historical

Northern Nevada Correctional Center (NNCC) opened in 1964 with three housing units. From that da 2008, seven additional housing units were added. NNCC is a medium custody facility. NNCC also is Center for the Northern region. The Regional Medical Facility for the Nevada is located here. This in in-patient medical and mental health unit. In addition, there is the MIC (Medical Intermediate Care) ar (Structured Care Unit) units for those inmates whose medical and mental health situations are stable require additional staff monitoring. NNCC also has the Regional Warehouse which is the distribution the facilities in Carson City and Reno.

### Staffing

NNCC has a total of 373 staff members which includes custody, program, medical and mental health well as support staff.

### Capacity

The total bed capacity at NNCC is 1,619 inmates.

### Programs: Vocational Training, Educational Opportunities, and Treatment Services

Current vocational programs are auto mechanics/auto shop, computer and dry cleaning. Educationa are conducted by Carson School District staff and include high school diploma, GED, Literacy progr English as a Second Language. College courses are available and are provided through Western Ne Community College. OASIS is a 9 to 12 month drug and alcohol rehabilitation program which contai inmate participants. SSLP (Senior Structured Living Program) is available to those inmates 60 and c has 120 inmates participating. The New Beginnings program is offered to prepare inmates for reinte into society. A wide range of self-help and treatment programs are available and are administered by mental health and program staff.

### Prison Industries

Silver State Industries includes a wood shop, metal shop, paint shop and upholstery. They manufact variety of products for governmental agencies and private entities. The Print Shop and Bookbindery located at the Northern Nevada Correctional Center.

Kevin Richardson
c/o Daniel Board 47384
P.O. Box 7000 NNCC
Carson City Nevada 89702



RECEIVED
2019 AUG 30 AM 11:51
S.D. OF N.Y.



Clerk United States District Court

Southern District of New York

The Daniel Patrick Moynihan United States Courthouse

500 Pearl Street